**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GREGORY FERRUZZA,

      Plaintiff,

vs.                                                        CASE NO.: 6:19-CV-782

MARY JANICE ENTSMINGER,

      Defendant.

_____/

## <u>NOTICE OF REMOVAL</u>

COMES NOW the Defendant, MARY JANICE ENTSMINGER, by and through her undersigned attorney, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this matter from the Circuit Court of the Eighteenth Judicial Circuit of Florida, in and for Seminole County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and in support thereof states as follows:

### I.    <u>The Procedural Requirements For Removal Have Been Satisfied</u>

Defendant has complied with the requirements of 28 U.S.C. § 1446 and Local Rule 4.02 in that:

A.    Accompanying this Notice of Removal is composite Exhibit "A" that contains a copy of all process, pleadings and orders served upon Defendant, as required by 28 U.S.C. § 1446(a). Additional pleadings, process and orders and other papers or exhibits of every kind, filed with the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, have been requested and will be filed upon receipt.

B.      This Notice of Removal is being filed within thirty (30) days after receipt of a pleading whereby this matter first became removable, as required by 28 U.S.C. § 1446(b).  The pleading triggering removal was the Complaint served upon MARY JANICE ENTSMINGER, on April 9, 2019.  *See* Notice of Service of Process, attached as part of Exhibit "A."

C.      Defendant has served upon Plaintiff this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

D.      Defendant will file with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

E.      A short and concise statement of the grounds for removal is set forth below.

## II.      Grounds For Removal

1.      Plaintiff, GREGORY FERRUZZA, commenced this action on March 7, 2019, in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, bearing case number 2019-CA-000729-08-K.

2.      On April 9, 2019, Plaintiff served Defendant with a summons and a copy of the Complaint.  A copy of the summons served is included in Exhibit "A."

3.      Upon information and belief, Plaintiff is a citizen of the State of Florida. See Exhibit "B," proof of Plaintiff's citizenship.

4.      Defendant is a citizen of the State of Kentucky.  See Exhibit "C", proof of Defendant's citizenship.

5.      On the face of the Complaint, Plaintiff seeks damages *in excess of* $15,000.00, the jurisdictional minimum of the Circuit Court of Seminole County.  *See* Complaint at ¶ 1.

6.     In GREGORY FERRUZZA's Complaint, Plaintiff asserts that he sustained personal injuries when the vehicle he was operating was struck by a vehicle operated by MARY JANICE ENTSMINGER. *See* Complaint at ¶ 8.

7.     Plaintiff has not submitted a Demand, however, Plaintiff's attorney, Scott J. Liotta, has submitted a bill from Florida Hospital totaling $177,905.20 for Plaintiff's March 22, 2018 surgery which Plaintiff alleges was a result of the subject accident. See Exhibit "D", Florida Hospital billing.

8.     Complete diversity existed between Plaintiff and Defendant at the time Plaintiff commenced this action in state court. As complete diversity exists as of the time of the filing of this Notice of Removal, and as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, this Court has original jurisdiction over this action as defined in 28 U.S.C. § 1332(a)(1).

WHEREFORE, Defendant, MARY JANICE ENTSMINGER, respectfully requests that the above-styled action be removed from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida to the United States District Court for the Middle District of Florida.

DATED this 24th   day of April, 2019.

Respectfully submitted,

Law Offices of J. Christopher Norris
201 East Pine Street
Suite 875
Orlando, FL 32801
Telephone: (407) 648-0123
Attorney for Defendant

MADDGE BERGISTE PENTON
Florida Bar No. 0597856
Primary e-mail (eservice only):
    OrlandoLegalMail@libertymutual.com
Secondary e-mail:
    maddge.penton@libertymutual.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th  day of April, 2019, the foregoing Notice of

Removal was served by E-Mail upon the following:


Plaintiff's Counsel:
Scott J. Liotta, Esquire
Dan Newlin & Partners
7335 w. Sand Lake Road
Suite 300
Orlando, FL 32819
Primary E-Mail:  Liotta.pleadings@newlinlaw.com


Law Offices of J. Christopher Norris
201 East Pine Street
Suite 875
Orlando, FL 32801
Telephone:  (407) 648-0123
Attorney for Defendant


_____
MADDGE BERGISTE PENTON
Florida Bar No. 0597856
Primary e-mail (eservice only):
    OrlandoLegalMail@libertymutual.com
Secondary e-mail:
    maddge.penton@libertymutual.com

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT IN AND FOR
SEMINOLE COUNTY, FLORIDA

CASE NO:   2019-CA-000729-08-K

GREGORY FERRUZZA,

Plaintiff,

v.

MARY JANICE ENTSMINGER,

Defendant.

_____/

Served Mary Entsminger Date 4-9-19 Time 9:26 am/pm

Server's INITIALS & ID# if applicable  R.R.

Investigative Process Service, Inc. 407/426-7433

<<<<<<  ENDORSE & SERVE  >>>>>

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

**MARY JANICE ENTSMINGER**
**8021 GOLDEN HAWK COVE**
**OVIEDO, FL 32785**

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on STEVEN J. TOMESKO, ESQUIRE, Dan Newlin & Partners, 7335 W. SAND LAKE, SUITE 300, Orlando, FL 32819; telephone: (407) 888-8000, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

Dated:  March 07, 2019

Grant Maloy

Clerk of the Circuit Court And Comptroller

By _____

As Deputy Clerk, Civil Division
301 N Park Ave
Sanford, FL 32771

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **SEMINOLE COUNTY COURTHOUSE, 301 N Park Ave - Sanford, FL 32771, (407) 665-4378 at least** 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**DAN NEWLIN & PARTNERS**
**7335 W. SAND LAKE, SUITE 300**
**ORLANDO, FLORIDA 32819**
*/S/ Scott J. Liotta*
SCOTT J. LIOTTA, ESQ.
Florida Bar No. 0037036
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 203-6593
Fax: (321) 710-1434
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Liotta.pleadings@newlinlaw.com.
Personal Email Address:
(NOT for Service of Pleadings and Documents):
Scott.Liotta@newlinlaw.com
Michelle.Ramos@newlinlaw.com
Melissa.Christian@newlinlaw.com

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT IN AND FOR
SEMINOLE COUNTY, FLORIDA

CASE NO:

GREGORY FERRUZZA,

     Plaintiff,

v.

MARY JANICE ENTSMINGER,

     Defendant.

_____/

## COMPLAINT

Plaintiff, GREGORY FERRUZZA, by and through his undersigned attorneys, sues the Defendant, MARY JANICE ENTSMINGER, and states as follows:

1.     This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00) exclusive of interest, costs and attorney's fees.

2.     At all times material to this action, Plaintiff, GREGORY FERRUZZA, is a natural person residing in Winter Park, Orange County, Florida.

3.     At all times material to this action, Defendant, MARY JANICE ENTSMINGER, is a natural person residing in Oviedo, Seminole County, Florida.

4.     All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived

5.     Venue is proper in Seminole County because the alleged incident occurred in Seminole County.

## FACTS COMMON TO ALL COUNTS

6.     On or about July 8, 2016, Plaintiff, GREGORY FERRUZZA, was operating a motor vehicle, stopped at or near the intersection of State Road 426 and Deep Lake Road, Oviedo, Seminole County, Florida.

7.     At that time and place, Defendant, MARY JANICE ENTSMINGER, was operating a motor vehicle owned by the Defendant, MARY JANICE ENTSMINGER at or near State Road 426 and Deep Lake Road, Oviedo, Seminole County, Florida.

8.     At that time and place, Defendant MARY JANICE ENTSMINGER, negligently and carelessly operated and/or maintained his vehicle so as to collide with the motor vehicle driven by Plaintiff, GREGORY FERRUZZA.

9.     As a result of the collision caused by the negligence of Defendant, MARY JANICE ENTSMINGER, Plaintiff, GREGORY FERRUZZA, sustained serious and permanent injuries.

## COUNT I – ACTION BY PLAINTIFF FOR NEGLIGENCE AGAINST DEFENDANT, MARY JANICE ENTSMINGER

10.     Plaintiff, GREGORY FERRUZZA, adopts and realleges Paragraphs 1 through 9 as fully set forth herein.

11.     Defendant, MARY JANICE ENTSMINGER, was negligent and careless in the operation of her motor vehicle as to collide with the vehicle operated by Plaintiff, GREGORY FERRUZZA.

12.     As a direct and proximate cause of Defendant, MARY JANICE ENTSMINGER, negligence, Plaintiff, GREGORY FERRUZZA, suffered or incurred injuries included, without limitation, the following:

> A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.

B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

C. Aggravation or activation of an existing disease or physical defect;

D. Pain, suffering, disability, physical impairment, inconvenience, and a loss of capacity for the enjoyment of life;

E. Expenses of medical care and treatment in the past and in the future;

F. Loss of wages and/or loss of earning capacity in the future; and

G. All losses are continuing and/or permanent.

13. Plaintiff, GREGORY FERRUZZA, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE,** Plaintiff, GREGORY FERRUZZA, demands judgment for damages against Defendant, MARY JANICE ENTSMINGER, for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff, GREGORY FERRUZZA, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this DATED this 7th Day of March 2019.

*/S/ Scott J. Liotta*
SCOTT J. LIOTTA, ESQ.
Florida Bar No. 0037036
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 203-6593
Fax: (321) 710-1434
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Liotta.pleadings@newlinlaw.com.
Personal Email Address:
(NOT for Service of Pleadings and Documents):
Scott.Liotta@newlinlaw.com
Michelle.Ramos@newlinlaw.com
Melissa.Christian@newlinlaw.com

EXHIBIT B

**Driver License Record**

## Source Information

| | |
|---|---|
| **Information Current Through:** | 04/12/2019 |
| **Database Last Updated:** | 04/15/2019 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/19/2019 |
| **Source:** | FL DEPT OF HIGHWAY SAFETY AND MOTOR VEHICLES |

## License Information

| | |
|---|---|
| **Issuing State:** | FL |
| **License Type:** | REGULAR LICENCE |
| **Issue Date:** | 11/02/2016 |
| **License Expiration Date:** | 11/XX/2024 |
| **Original Issue Date:** | 11/06/1984 |

## Other Information:

| | |
|---|---|
| **Drivers License Number:** | ██████████ |

## Licensee Information

| | |
|---|---|
| **Name:** | GREGORY THOMAS FERRUZZA |
| **County:** | SEMINOLE |
| **Date of Birth:** | ████████ |
| **Gender:** | MALE |
| **Mailing Address:** | ████████ WINTER PARK, FL 32792 |
| **Race:** | WHITE |
| **Height:** | 5'10" |
| **File Acquired Date:** | 11/05/2016 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

## Voter Registration Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 12/11/2018 |
| **Database Last Updated:** | 03/05/2019 |
| **Update Frequency:** | ANNUAL |
| **Current Date:** | 04/19/2019 |

### Name and Personal Information

| | |
|---|---|
| **Name:** | GREGORY THOMAS FERRUZZA |
| **Address:** | |
| | WINTER PARK, FL 32792 |

### Registration Information

| | |
|---|---|
| **Voter Identification Number:** | |
| **Registration Date:** | 09/02/2003 |

### Voter History

| | |
|---|---|
| **Primary 2006** | VOTED |
| **General 2006** | VOTED |
| **General 2012** | VOTED |
| **General 2010** | VOTED |
| **Other 2008** | VOTED |
| **Pres Primary 2008** | VOTED |
| **Last Date Voted:** | 11/06/2018 |

### Demographic Information



| | |
|---|---|
| **Date of Birth:** | |
| **Age:** | 45-54 |
| **Gender:** | MALE |
| **Political Party:** | |



*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                                    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2019 Thomson Reuters. No claim to original U.S. Government Works.                              1

**Motor Vehicle Record**

## Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/2001 |
| **Information Current Through:** | 03/22/2019 |
| **Database Last Updated:** | 04/16/2019 |
| **Update Frequency:** | 2X MONTHLY |
| **Current Date:** | 04/19/2019 |
| **Source:** | DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES |

## Vehicle Information

| | |
|---|---|
| **VIN:** | ████████ |
| **Vehicle Type:** | PASSENGER CAR |
| **Model Year:** | 2011 |
| **Make:** | RAM |
| **Body Style:** | CREW CAB 5P 5 |
| **Model/Series:** | DAKOTA BIGHORN |
| **Primary Color:** | WHITE |

## Registration Information

| | |
|---|---|
| **License Plate Number:** | ████ |
| **Decal Number:** | |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | ████ |
| **Previous Plate State:** | FL |
| **Registration Renewal Date:** | 11/07/2018 |
| **Expiration Date:** | 11/06/2019 |
| **Registrant(s) Since:** | 11/07/2018 |
| **Name:** | GREGORY THOMAS FERRUZZA |
| **Approximate Date of Birth:** | ████ |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | ████ |
| | WINTER PARK, FL 32792-6239 |
| **County:** | SEMINOLE |

## Title Information:

| | |
|---|---|
| **Original Title Date:** | 09/10/2011 |
| **Title Number:** | ████ |
| **Name:** | GREGORY THOMAS FERRUZZA |
| **Interest:** | OWNER |
| **Title Transaction Date:** | 12/01/2017 |
| **Mailing Address:** | ████ |
| | WINTER PARK, FL 32792-6239 |
| **County:** | SEMINOLE |

## Historical DMV Record 1

| | |
|---|---|
| **Registration Renewal Date:** | 11/02/2017 |
| **Expiration Date:** | 11/06/2018 |
| **License Plate Number:** | ████ |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |

WESTLAW © 2019 Thomson Reuters. No claim to original U.S. Government Works.

Phone Record- MARY J ENTSMINGER

EXHIBIT C

## Person Phone Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 03/15/2019 |
| **Database Last Updated:** | 04/09/2019 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 04/19/2019 |

### Address Information

| | |
|---|---|
| **Address:** | ████████████ |
| | LOUISVILLE, KY 40214-4515 |
| **County:** | JEFFERSON |
| **Address Type:** | STREET OR RESIDENTIAL ADDRESS |
| **Mail Deliverable:** | YES |
| **Address Validation Date:** | 06/15/2018 |

### Phone Information

| | |
|---|---|
| **Phone Number:** | ██████ |
| **Phone Type:** | VOIP |
| **Record Type:** | RESIDENTIAL |
| **First Reported:** | 06/01/2018 |
| **Last Reported:** | 06/15/2018 |
| **Original Service Provider:** | TIME WARNER CABLE-KY |
| **Name:** | MARY J ENTSMINGER |
| **Listed in Directory Assistance:** | YES |
| **Telephone Confidence Description:** | DAILY VALIDATION |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

End of Document    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

| Real Property Tax Assessor Record |
|---|

## Source Information

| | |
|---|---|
| **Tax Roll Certification Date:** | 09/07/2018 |
| **Owner Information Current Through:** | 03/11/2019 |
| **County Last Updated:** | 03/30/2019 |
| **Current Date:** | 04/19/2019 |
| **Source:** | TAX ASSESSOR |

## Owner Information

| | |
|---|---|
| **Owner(s):** | ENTSMINGER JANICE |
| | ENTSMINGER THOMAS |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Property Address:** | ███████████████████ |
| | LOUISVILLE, KY 40214-4515 |
| **Mailing Address:** | ███████████████████ |
| | LOUISVILLE, KY 40214-4515 |

## Property Information

| | |
|---|---|
| **County:** | JEFFERSON |
| **Assessor's Parcel Number:** | ████████ |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Land Use:** | SINGLE FAMILY RESIDENCE |
| **Lot Size:** | 86205 |
| **Lot Acreage:** | 1.9790 |
| **Municipality:** | FAIRDALE |
| **Legal Description:** | ████████████████ |
| **Block Number:** | ███ |
| **Lot Number:** | |

## Tax Assessment Information

| | |
|---|---|
| **Tax Year:** | 2017 |
| **Calculated Land Value:** | $35,000.00 |
| **Calculated Improvement Value:** | $218,500.00 |
| **Calculated Total Value:** | $253,500.00 |
| **Assessed Land Value:** | $35,000.00 |
| **Assessed Improvement Value:** | $218,500.00 |
| **Assessed Total Value:** | $253,500.00 |
| **Market Land Value:** | $35,000.00 |
| **Market Improvement Value:** | $218,500.00 |
| **Market Total Value:** | $253,500.00 |
| **Valuation Method:** | ASSESSED |
| **Tax Amount:** | $1,732.51 |
| **Tax Code Area:** | 24 |

## Building/Improvement Characteristics

| | |
|---|---|
| **Total Area:** | 86205 |

## Last Market Sale Information

| | |
|---|---|
| **Sale Date:** | 12/28/2009 |
| **Seller Name:** | DALEURE GUS G JR & KIMBERLY W |
| **Sale Price:** | $190,000.00 |



EXHIBIT D



FLORIDA
HOSPITAL

FLORIDA HOSPITAL EAST
7727 LAKE UNDERHILL DR
ORLANDO FL 328228224
(407) 303-0515

**IRS NO.** 590724459

A NON-PROFIT HOSPITAL LICENSED BY THE STATE

INSURANCE BENEFITS ARE ESTIMATES ONLY AND ARE NOT NECESSARILY FINAL

PLEASE REFER TO ACCOUNT NUMBER ON ALL CORRESPONDENCE & PAYMENTS

**ACCOUNT NUMBER** 88677608

| | |
|---|---|
| PATIENT NAME | FERRUZZA GREGORY |
| PATIENT ADDRESS | 5 1 ASPEN DR |
| INSURANCE COMPANY | |
| INS. POLICY | |
| EMPLOYER NAME | STATE OF FLORIDA |
| ADMISSION | 03/22/18 05:51 AM |
| DISCHARGE | 03/23/18 10:12 AM |
| TOTAL DAYS | 1 |

GUARANTOR

GREGORY FERRUZZA
5 1 ASPEN D
WINTER PARK L 2 926289

PAGE 1 OF 2 PAGES

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

AMOUNT ENCLOSED $

| REFERENCE NUMBER | SERVICE CATEGORY | DESCRIPTION OF SERVICE | QUANTITY | UNIT | TOTAL AMOUNT | MAXIMUM ESTIMATED COVERAGE |
|---|---|---|---|---|---|---|
| | | 03/22/18 | | | | |
| 7300000957 | 250 | REMIFENTANIL HCL 2MG | 1 | 1047.21 | 1047.21 | |
| 7300000957 | 250 | REMIFENTANIL HCL 2MG | 2 | 1047.21 | 2094.42 | |
| 7300008761 | 250 | KETAMINE 50MG/ML 10 ML | 1 | 38.59 | 38.59 | |
| 7300008957 | 250 | BUPIVACAINE 0.5% INJ | 1 | 11.63 | 11.63 | |
| 7300010052 | 250 | DIAZEPAM 5 MG TAB | 2 | 1.72 | 3.44 | |
| 7300010125 | 250 | PERCOCET-5    TAB | 2 | 1.50 | 3.00 | |
| 7300010125 | 250 | PERCOCET-5    TAB | 2 | 1.50 | 3.00 | |
| 7300009140 | 251 | LIDOCAINE 1% 20 ML INJ | 1 | 18.97 | 18.97 | |
| 6750002503 | 272 | SPEC. SUPPLY LEV 4 | 1 | 1094.25 | 1094.25 | |
| 6750004300 | 272 | MON SSEP VITAL 1ST 4H | 1 | 3741.50 | 3741.50 | |
| 6750010862 | 272 | BURR FLUTED ROUND | 1 | 1066.73 | 1066.73 | |
| 6750020999 | 272 | KIT FLOSEAL SEALANT | 1 | 2677.20 | 2677.20 | |
| 6750020999 | 272 | KIT FLOSEAL SEALANT | 2 | 2677.20 | 5354.40 | |
| 6750022369 | 272 | TISSUE PURE PRP | 1 | 4703.60 | 4703.60 | |
| 6750010222 | 278 | SPEC IMP ORTHO MIS L21 | 1 | 37002.50 | 37002.50 | |
| 6750010222 | 278 | SPEC IMP ORTHO MIS L21 | 2 | 37002.50 | 74005.00 | |
| 7210002040 | 320 | SPINE CERVICAL 2-3 VWS | 1 | 555.00 | 555.00 | |
| 6800000778 | 360 | SURG 1ST 0.5HR BASE | 1 | 6333.00 | 6333.00 | |
| 6800000780 | 360 | SURG ADD 0.25HR BASE | 16 | 1358.00 | 21728.00 | |
| 7350001101 | 370 | GEN ANES 1ST 0.5HR | 1 | 1425.00 | 1425.00 | |
| 7350002000 | 370 | ANES EA ADD'L 0.25HR | 16 | 360.00 | 5760.00 | |
| 6770005575 | 636 | * LACTATED RING 1000ML | 1 | 12.54 | 12.54 | |
| 6770005830 | 636 | * NACL 100 ML PGB | 1 | 8.63 | 8.63 | |
| 7300005283 | 636 | * METHOCARBAMOL 10 ML IV | 1 | 546.30 | 546.30 | |
| 7300011306 | 636 | * ACETAMINOPHEN 1,000MG | 1 | 292.69 | 292.69 | |
| 7300011591 | 636 | * ANCEF 2GM/D5W 50ML | 1 | 46.95 | 46.95 | |
| 7300011746 | 636 | * DILAUDID 0.5MG/0.5ML | 4 | 17.69 | 70.76 | |
| 7300011746 | 636 | * DILAUDID 0.5MG/0.5ML | 2 | 17.69 | 35.38 | |
| 7300011746 | 636 | * DILAUDID 0.5MG/0.5ML | 2 | 17.69 | 35.38 | |
| 7300012280 | 636 | * FLUARIX QUADRIV 0.5ML | 1 | 98.41 | 98.41 | |
| 6860011209 | 710 | PACU PH1 RECOV 1ST 30M | 1 | 1046.00 | 1046.00 | |
| 6860011212 | 710 | PACU PH1 REC EA ADD15M | 2 | 255.00 | 510.00 | |
| 6020006001 | 761 | * INJECTION IV INITIAL | 1 | 240.00 | 240.00 | |
| 6020004032 | 762 | * OBSERVATION-EACH HOUR | 11 | 222.00 | 2442.00 | |

THIS IS NOT
A BILL

935 209 (10-90)

SPD-054115

FINAL DIAGNOSIS

SURGICAL PROCEDURE

THE RESPONSIBIL

 **FLORIDA HOSPITAL**

FLORIDA HOSPITAL EAST
7727 LAKE UNDERHILL DR
ORLANDO FL 328228224
(407) 303-0515

A NON-PROFIT HOSPITAL LICENSED BY THE STATE

 **IRS NO.** 590724459

INSURANCE BENEFITS ARE ESTIMATES ONLY AND ARE NOT NECESSARILY FINAL

PLEASE REFER TO ACCOUNT NUMBER ON ALL CORRESPONDENCE & PAYMENTS

**ACCOUNT NUMBER** ▮▮▮▮▮▮

| | |
|---|---|
| PATIENT NAME | FERRUZZA, GREGORY |
| PATIENT ADDRESS | |
| INSURANCE COMPANY | |
| INS POLICY | |
| EMPLOYER NAME | STATE OF FLORIDA |
| ADMISSION | 03/23/18 05:51 AM |
| DISCHARGE | 03/23/18 10:12 AM |

TOTAL DAYS 1

**GUARANTOR**

GREGORY FERRUZZA

▮▮▮▮▮▮▮▮

PAGE 2 OF 2 PAGES

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

AMOUNT ENCLOSED $

| REFERENCE NUMBER | REV CODE | DESCRIPTION OF SERVICE | QUANTITY | UNIT | TOTAL AMOUNT | MAXIMUM ESTIMATED COVERAGE |
|---|---|---|---|---|---|---|
| 6030096545 | 771 | * FLU IM INJECTION | 1 | 168.00 | 168.00 | |
| | | TOTALS FOR 03/22/18 | | | 174219.56 | |
| | | 03/23/18 | | | | |
| 7300000577 | 250 | ROCURONIUM 5 ML INJ | 1 | 28.57 | 28.57 | |
| 7300002577 | 250 | PROPOFOL 200MG | 1 | 38.59 | 38.59 | |
| 7300006334 | 250 | METOPROLOL 5MG/5ML INJ | 1 | 10.45 | 10.45 | |
| 7300010052 | 250 | DIAZEPAM 5 MG TAB | 2 | 1.72 | 3.44 | |
| 7300010125 | 250 | PERCOCET-5 TAB | 2 | 1.50 | 3.00 | |
| 7300010125 | 250 | PERCOCET-5 TAB | 2 | 1.50 | 3.00 | |
| 7300010125 | 250 | PERCOCET-5 TAB | 2 | 1.50 | 3.00 | |
| 7300010935 | 251 | LIDOCAINE 2% 5ML INJ | 1 | 15.76 | 15.76 | |
| 7300012373 | 252 | ROBINUL 0.5MG/3ML SYR | 1 | 325.69 | 325.69 | |
| 6770005564 | 636 | * NACL 0.9% 1000 ML | 1 | 4.00 | 4.00 | |
| 6770005575 | 636 | * LACTATED RING 1000ML | 1 | 12.54 | 12.54 | |
| 7300000445 | 636 | * ONDANSETRON 4 MG INJ | 1 | 3.00 | 3.00 | |
| 7300005203 | 636 | * METHOCARBAMOL 10 ML IV | 1 | 546.38 | 546.38 | |
| 7300005298 | 636 | * FENTANYL 2 ML INJ | 1 | 10.29 | 10.29 | |
| 7300007361 | 636 | * MIDAZOLAM 2MG/2ML | 1 | 3.64 | 3.64 | |
| 7300008680 | 636 | * DEXAMETHA5 4MG/ML 1ML | 1 | 14.15 | 14.15 | |
| 7300011290 | 636 | * QUELICIN 200MG/10ML | 1 | 100.50 | 100.50 | |
| 7300011306 | 636 | * ACETAMINOPHEN 1,000MG | 1 | 292.69 | 292.69 | |
| 7300011591 | 636 | * ANCEF 2GM/D5W 50ML | 1 | 46.95 | 46.95 | |
| 6020004032 | 762 | * OBSERVATION-EACH HOUR | 10 | 222.00 | 2220.00 | |
| | | TOTALS FOR 03/23/18 | | | 3685.64 | |
| | | TOTAL CHARGES | | | 177905.20 | |

THIS IS NOT A BILL

935-209 [10-90]

GPD-054115

THE RESPONSIBILITY OF THIS BILL RESTS WITH THE GUARANTOR

FINAL DIAGNOSIS
SURGICAL PROCEDURE

HOSPITAL REPRESENTATIVE & DATE

MRI 2531521 PAYR 4AET SAT 06 IPA00024 ECE5F5

11/21/18

```
RS50                    Payments Transaction Summary     S1      11/21/18 09:06
Acct * 88677608    FERRUZZA, GREGORY       Vst: 03/22/18 Age: 243 More: <   + >
MRI# : 2531521     Type: 06  /PATN/OP/O    $10,073.52      Payr: 4AET /4AET
Completed Bill : Y YES         03/23/18
Date Mailed    : 03/31/18


Ac Rv   Item Num       Description         Serv Dt    Check Num    Batch
                       GL Number           Document  Control Num   Amount

        1100009288   AETNA HMO             05/07/18   8181226200   1816613
                                           EDY034NPW0000                   0.00
        1100009288   AETNA HMO             05/07/18   8181226200   1816613
                                           EDY034NPW0001                   0.00
        1100009288   AETNA HMO             05/07/18   8181226200   1816613
                                           EDY034NPW0002                   0.00
        1100009288   AETNA HMO             07/02/18   8181785200   1835059
                                           E2FB33P5L0000             14,640.95-
        1100009288   AETNA HMO             07/06/18   8181836400   1836063
                                           E2FB33P5L0002             11,083.66-
        1100009288   AETNA HMO             07/12/18   8181906400   1838759
                                           E2FB33P5L0001                   0.00
        1100009288   AETNA HMO             10/15/18   8182838100   1874105
                                           E2FB33P5L0000             14,640.95
        1100009288   AETNA HMO             10/15/18   8182838100   1874105
                                           E2FB33P5L0003             15,714.02-
        1100009288   AETNA HMO             10/17/18   8182855700   1875001
                                           E2FB33P5L0001                   0.00
REQUESTED ACTION WAS NOT ALLOWED AND HAS BEEN CHANGED - - - - - - - -
CLIENT20   Account Number                                      Tran-PF
Command:                                                        RS50    B
PF1  Help    PF2  Copy   PF3  Exit   PF4  Beam   PF5  Memo  PF6    PF7  Bkwd
PF8  Fwd     PF9  Jump   PF10 RS47   PF11 RS62   PF12 Cancel       CLR  Rset
```



FLORIDA
HOSPITAL
PATIENT FINANCIAL SERVICES
900 Winderley Place, Suite 2100
Maitland, FL 32751



THIS IS NOT
A BILL